UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bruce E. Davenport and Michelle A. Davenport

Case No.: 98-39630

Hearing Date: _____

Judge: Michael B Kaplan

Chapter: 13

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER DENYING APPLICATION FOR
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2021**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

A application having been filed on _____August 5___, 20 _21_ by _Leona J. Smith_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*