Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 98–39630–RTL
Chapter: 13
Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Bruce E. Davenport
18 Idelwood Avenue
Egg Harbor Twp, NJ 08215

Michelle A. Davenport
18 Idelwood Avenue
Egg Harbor Twp, NJ 08215

Social Security No.:
  xxx–xx–8227                                          xxx–xx–0492

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 9, 2021, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 57 – 54
Order Denying Application For Payment of Unclaimed Funds (Related Doc # 54). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/9/2021. (wir)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 9, 2021
JAN: wir

Jeanne Naughton
Clerk